UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN - 4 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

MICHAEL B. DORSEY, )
)
    Plaintiff, )
)
v. ) Civil Action No. 17-2403(UNA)
)
SHERMAN LANKFORD, )
)
    Defendant. )

## MEMORANDUM OPINION

    The plaintiff brings this action against his landlord who occupies a unit in the same apartment building at 1029 49th Street, N.W., Washington, D.C. Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). Notwithstanding the plaintiff's purported reliance on the First and Fourteenth Amendments to the United States Constitution, the complaint does not articulate a claim arising under the United States Constitution or federal law; therefore, the plaintiff does not raise a federal question. Furthermore, because the plaintiff does not demonstrate that the parties are citizens of different states, the plaintiff also fails to establish diversity jurisdiction.

    The Court will grant the plaintiff's application to proceed *in forma pauperis* and dismiss the complaint without prejudice for lack of subject matter jurisdiction. An Order is issued separately.

DATE: 12-21-17

                                                        United States District Judge